1   BINGHAM MCCUTCHEN LLP
    James G. Snell (SBN 173070)
2   james.snell@bingham.com
    Thai Q. Le (SBN 267460)
3   thai.le@bingham.com
    1117 S. California Avenue
4   Palo Alto, California  94304-1106
    Telephone:  650.849.4400
5   Facsimile:  650.849.4800

6   Attorneys for Defendant
    Ning, Inc.
7
    SANDERS LAW, PLLC
8   Craig B. Sanders, Esq. (SBN 284397)
    csanders@sanderslawpllc.com
9   100 Garden City Plaza, Suite 500
    Garden City, New York 11530
10  Telephone:  516.203.7600
    Facsimile:  516.281.7601
11  File No.:  103306

12  Attorneys for Plaintiff
    BWP Media USA Inc.
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17  BWP MEDIA USA INC.,                    No. CV 13-03595 MMC

18              Plaintiff,                 [PROPOSED] ORDER GRANTING
                                           EXTENSION OF TIME TO ANSWER
19         v.                              OR OTHERWISE RESPOND TO
                                           COMPLAINT
20  NING, INC.,
                                           Judge:      Hon. Maxine M. Chesney
21              Defendant.

22

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

        [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO ANSWER
                OR OTHERWISE RESPOND TO COMPLAINT

1    The Court, having considered the Parties' proposed stipulation extending the time to

2    answer or otherwise respond to the Complaint, and for good cause shown:

3    IT IS HEREBY ORDERED that Defendant's answer or otherwise respond to Plaintiff's

4    Complaint shall be filed on October 7, 2013.

5    IT IS SO ORDERED.

6    DATED:  August 29 , 2013

7

8

9

10   _____
     Hon. Maxine M. Chesney
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28